| | | | |
|---|---|---|---|
| KODL | | | |
| 2/18/16 | | | |
| BROWNSVILLE DIVISION | CRIMINAL DOCKET | NO. | B-16-210 |
| FILE: 2016R04106 | | | |
| B-16-167-MJ | | | Andrew S. Hanen |
| INDICTMENT | Filed: MARCH 15, 2016 | Judge: | |
| COUNTY: CAMERON | | | |

ATTORNEYS:

UNITED STATES OF AMERICA          KENNETH MAGIDSON, USA

vs.          HOLLY A. D'ANDREA, AUSA

CRISTHIAN OSORNIO (YOB: 1990) U.S.

**CHARGE:**    Ct. 1: Receipt of Child Pornography
Total             18 U.S.C. 2252A(a)(2)(B) and 2252A(b)(1)
Counts     Ct. 2: Possession of Child Pornography
( 3 )           18 U.S.C. 2252A(a)(5)(B) and 2252A(b)(2)
              Ct. 3: Distribution of Child Pornography
                 18 U.S.C. 2252A(a)(2) and 2252A(b)

**PENALTY:**    Counts 1:    5 to 20 years and/or $250,000 fine plus 5 years to life supervised release term as to each count

             Count 2:    Up to 10 years and/or $250,000 plus 5 years to life of supervised release term as to each count

             Count 3:    5 to 20 years and/or $250,000 fine plus 5 years to life of supervised

In Jail: X
On Bond:
No Arrest:
HSI: Joseph Baker

**P R O C E E D I N G S:**

_____

_____

_____

_____

_____