UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2016

Daniel J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. |
| CRISTHIAN OSORNIO | § | |

Amended 11/17/16  B-16-0210

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Receipt of Child Pornography)

Between on or about December 14, 2009 through February 17, 2016, in the Southern District of Texas and elsewhere, Defendant,

**CRISTHIAN OSORNIO**,

did knowingly receive material that contained child pornography of children under the age of twelve by using any means and facility of interstate and foreign commerce, more specifically, the defendant received images and videos containing child pornography through several computer peer to peer networks.

In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and 2252A(b)(1).

### COUNT TWO
(Possession of Child Pornography)

~~Between~~ on or about ~~December 14, 2009 through~~ February 17, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CRISTHIAN OSORNIO**,

did knowingly possess material that contained images of child pornography of children, that is, visual depictions of sexually explicit conduct, the production of which involved the use of a minor ~~who had not obtained twelve years of age~~ engaging in sexually explicit conduct,

and such child pornography had been shipped or transported using any means or facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce, or was produced using materials which had been mailed, shipped or transported in or affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### COUNT THREE
### (Distribution of Child Pornography)

Between on or about October 28, 2015 through February 17, 2016, in the Southern District of Texas and elsewhere within the jurisdiction of the court, Defendant,

**CRISTHIAN OSORNIO**,

did knowingly distribute child pornography of children under the age of twelve, using any means or facility of interstate or foreign commerce, or that had been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, more specifically, the defendant distributed images and videos of child pornography through computer peer to peer networks.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Holly A. D'Andrea
Assistant United States Attorney